**Order filed December 3, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00655-CV

_____

### SHAZIA HAMEED GADDI, Appellant

### V.

### CITY OF TEXAS CITY, Appellee

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20-CV-0877**

## ORDER

The notice of appeal in this case was filed September 21, 2020. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On November 3, 2020, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that arrangements to pay for the clerk's record have been made on or before December 18, 2020. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.